Emergency Request

I am requesting that my complaint be heard as soon as possible. the issue has to do with Secret Ballot violation, and if heard today, there has been less personal harm than if delayed even one day, due to the fact that tomorrow 11/6/2018 is voting day and secret ballots will be opened.

John L Saball

*John L Saball*

978 7580928

2018 NOV -5 PM 2:33
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERK'S OFFICE