UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John L. Saball<br><br>           Plaintiff,<br><br>v.<br><br>Town of Groton, et al<br><br>           Defendant. | Civil Action No.<br>1:18-CV-12312-LTS |

## ORDER TO SHOW CAUSE

SOROKIN, J

The plaintiff has 14 days to show cause why this case should not be dismissed for failure to serve. If no filing is made within 14 days, this case will be dismissed without prejudice.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel